**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    LEO A ROLLINS<br><br><br>    Debtor(s) | Case No. 10-50044 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 11/09/2010.

2)   The plan was confirmed on 01/20/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 05/16/2012, 01/31/2013.

5)   The case was dismissed on 03/22/2013.

6)   Number of months from filing to last payment: 23.

7)   Number of months case was pending: 30.

8)   Total value of assets abandoned by court order:  NA .

9)   Total value of assets exempted: $6,101.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,980.00 | |
| Less amount refunded to debtor | $0.00 | |

**NET RECEIPTS:**                                                                    **$5,980.00**

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $256.55 | |
| Other | $0.00 | |

**TOTAL EXPENSES OF ADMINISTRATION:**                                **$2,956.55**

Attorney fees paid and disclosed by debtor:            $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTIS FINANCIAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 1,408.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | NA | 412.33 | 412.33 | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| CASH AMERICA NET OF ILLINOIS LL | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR NEUROLOGICAL DISEA | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,050.00 | 1,893.29 | 1,893.29 | 15.38 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 195.20 | 195.20 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 315.00 | 329.50 | 329.50 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 21,200.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 22,000.00 | 26,501.27 | 26,501.27 | 215.34 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 2,942.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INSTANT CASH ADVANCE | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 390.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,226.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 825.00 | 825.03 | 825.03 | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 9,565.00 | 9,564.09 | 9,564.09 | 1,847.11 | 945.62 |
| NORTH AMERICAN CREDIT SVC | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,532.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 541.00 | 540.42 | 540.42 | 0.00 | 0.00 |
| SHEEJA JAON | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| THE MONEY MARKET | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| THE MONEY MARKET | Unsecured | 1,265.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 386.00 | 386.04 | 386.04 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 500.00 | 413.05 | 413.05 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| WOOD LAW PC | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| WOODRIDGE CLINIC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,564.09 | $1,847.11 | $945.62 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,564.09** | **$1,847.11** | **$945.62** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,006.13** | **$230.72** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,956.55 |
| Disbursements to Creditors | $3,023.45 |
| **TOTAL DISBURSEMENTS:** | **$5,980.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/24/2013                    By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**